| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | 125 VERTICAL PARKING GROUP , LLC |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 41-2051689 |
| 4. | Debtor's address | **Principal place of business**<br><br>411 HEMPSTEAD TPKE<br>West Hempstead, NY 11552<br>Number, Street, City, State & ZIP Code<br><br>Nassau<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>123 Baxter Street New York, NY 10013<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  125 VERTICAL PARKING GROUP , LLC    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __8129__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  47 Brooklyn Loft LLC                  Relationship  Affiliate
District  Eastern District of New York   When  10/4/24   Case number, if known  24-44146

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  125 VERTICAL PARKING GROUP , LLC                    Case number (*if known*) _____
       Name

11. **Why is the case filed in this district?**  Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   ☐ It needs to be physically secured or protected from the weather.
   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   ☐ Other _____

   **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ☒ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☒ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☒ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  125 VERTICAL PARKING GROUP , LLC          Case number (*if known*)
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 7, 2025
             MM / DD / YYYY

X _____          Daniel McCrossin
  Signature of authorized representative of debtor   Printed name

Title  Authoirized Signatory

**18. Signature of attorney**

X  /s/ Lawrence Morrison                     Date  August 7, 2025
   Signature of attorney for debtor                MM / DD / YYYY

Lawrence Morrison
Printed name

Morrison Tenenbaum PLLC
Firm name

87 Walker Street, Second Floor
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone _____  Email address  lmorrison@m-t-law.com

NY
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

**United States Bankruptcy Court**
**Eastern District of New York**

In re   125 VERTICAL PARKING GROUP , LLC                           Case No.
                                    Debtor(s)                     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   September 25, 2024

Daniel McCrossin /Authorized Signatory
Signer/Title

Bethpage Federal Credit Union
220 RXR Plaza
Uniondale, NY 11556

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
\*----------------------------------------------------------------
In re:                                                      Chapter 11

125 VERTICAL PARKING GROUP LLC,                             Case No.

Debtor.
\*----------------------------------------------------------------

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Daniel McCrossen declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.  I am currently the President of WOC Brooklyn Master LLC (the "Manager"), the manager of 125 Vertical Parking Group LLC (the "Debtor"). As such, I am familiar with the operations, business and financial affairs of the Debtor.

2.  In accordance with the Local Rules, I am submitting this Declaration, to the best of my knowledge, pursuant to Local Rule 1007-4 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petition, the Debtor's debt and capital structure, and the Debtors' plans to emerge from Bankruptcy.

### Events Lead-Up to the Chapter 11 Filing

3.  The Debtor's sole asset is its ownership of a parcel of developed real property located at 123 Baxter Street New York, NY 10013 (the "Property").

4.  The Debtor is the borrower on a $3.2 million mortgage loan facility (the "Senior Debt"). The entity purporting to hold the Senior Debt (the "Lender") has commenced a mortgage foreclosure action alleging myriad defaults in the underlying loan documents. This litigation is a drain on the resources of the Debtor and threaten to deprive the Debtor of its

property and the revenue therefrom.

5. As such, the Debtor is filing this action in an attempt to protect its investors' interests in the Property.

### Local Rule 1007-4 Disclosures

6. Pursuant to Rule 1007-4(a)(v), no committee has been formed prior to the commencement of these cases.

7. Pursuant to Rule 1007-4(a)(vi) of the local bankruptcy rules a list containing the names and addresses of each Debtor's twenty (20) largest unsecured creditors, excluding insiders will be filed on the docket.

8. Pursuant to Rule 1007-4(a)(vii) of the local bankruptcy rules, is a list containing the names and addresses Debtor's secured claim will be filed on the docket of the case.

9. Pursuant to Rule 1007-2(a)(viii), (xi), and (xii) of the local bankruptcy rules, the sole asset of the Debtor is ownership of the Property. The Debtor's books and records are located at 411 Hempstead Tpke, West Hempstead, NY 11552.

10. Pursuant to Rule 1007-2(a)(ix) of the local bankruptcy rules, the Debtor does not have any publicly held shares, debentures, or other securities.

11. The debtor has no employees.

12. The Debtor does not expect to receive revenues during the thirty (30) day period following the Chapter 11 filing. The Debtors' operating expenses during the same thirty (30) day period should be negligible.

Dated: New York, New York
       August 8, 2025

By: _____
     Daniel McCrossen